# UNITED STATES DISTRICT COURT

## District of Minnesota

Kathya Elizabeth Gutierrez Montalvan

Petitioner,

v.

Pamela Bondi, Kristi Noem,
Todd M. Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00587-SRB--EMB**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Kathya M.'s Verified Petition for Writ of Habeas Corpus (Doc. #1) is GRANTED.

2. The Government is ORDERED immediately to release Kathya M. from custody; and

3. The Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner has not been returned as ordered, Respondents should immediately notify the Court of when she will be returned and released.

Date: 1/28/2026

KATE M. FOGARTY, CLERK